UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM J. SALTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PEOPLE OF THE )<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 25-0197 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and, for the reasons stated below, will dismiss the complaint without prejudice.

Plaintiff brings this action to force "the archivist of the United States [to] deem the certification [of the current President and Vice President of the United States] unconstitutional and send it back to the elector college by January 3, 2025." Compl. at 4. He opines that the President and Vice President are guilty of several crimes, which he deems "public and unrefuted," *id.*, and which "disqualify [them] from holding office," *id.*

The Court dismisses the complaint for two reasons. First, the election results have been certified already, rendering the claim moot. Second, plaintiff fails to demonstrate standing to sue. A litigant has standing if he has "(1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016) (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992)). Here, because plaintiff "rais[es] only a generally available grievance about government — claiming only harm to his and every citizen's interest

in proper application of the Constitution and laws, and seeking relief that no more directly and tangibly benefits him than it does the public at large — [he] does not state an Article III case or controversy, *Lujan*, 504 U.S. at 573–74, and therefore lacks standing.

    An Order is issued separately.


DATE: February 25, 2025                                        /s/
                                                                          RUDOLPH CONTRERAS
                                                                          United States District Judge